No. 81–42.  GREGG v. RAHM.  C. A. 9th Cir.  Certiorari denied.

No. 81–46.  RIVES v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 81–47.  CONTRERAS DE AVILA ET AL. v. SMITH, AT-TORNEY GENERAL, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 81–54.  HEATH v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 81–56.  BLAKE ET AL. v. PETERS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 81–57.  KATZ v. BANK OF CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 81–59.  BANGERT ET AL. v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 81–62.  HUNT v. BITTMAN ET AL.  C. A. D. C. Cir. Certiorari denied.

No. 81–63.  BOB MAXFIELD, INC., DBA BOB MAXFIELD AMERICAN, ET AL. v. AMERICAN MOTORS CORP. ET AL. C. A. 5th Cir.  Certiorari denied.

No. 81–65.  BEELER v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 81–66.  FOREMOST INSURANCE CO. v. PROGRESS MA-RINE, INC.  C. A. 5th Cir.  Certiorari denied.

No. 81–70.  WHIRLPOOL CORP. v. SPAGNUOLO.  C. A. 4th Cir.  Certiorari denied.